ORDERED.

Dated:  September 22, 2016

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                       Case No.: 8:16-bk-02196-CPM
                                                                             Chapter 7
LUCIE ERIN SABINA,

     Debtor.
_____/

**ORDER GRANTING MOTION OF
RIVERCREST COMMUNITY ASSOCIATION, INC. FOR
<u>RELIEF FROM STAY BY CONSENT (SURRENDERED PROPERTY)</u>**

THIS MATTER came on for consideration without hearing upon the Motion for Relief from Stay by Consent (Surrendered Property) (Doc. No. 19) (the "**Motion**") filed by Rivercrest Community Association, Inc. (the "**Association**") on August 18, 2016.  The Court, having considered the Motion together with the record, and being duly advised in the premises, and recognizing that no objections were filed to the Motion, determines that the Motion should be granted.  Accordingly, it is,

**ORDERED:**

1.     The Motion is hereby **GRANTED**.

60M2419

2.The automatic stay, by reason of 11 U.S.C. § 362(d), is terminated as to the Association's interest in the real property located at 11080 Winter Crest Dr., Riverview, Florida (the "**Property**") legally described as:

> Lot 4, Block 15, RIVERCREST TOWNHOMES WEST PHASE 2, according to map of Plat thereof, recorded in Plat Book 101, Pages 162 through 169 of the Public Records of Hillsborough County, Florida.

3.The relief granted herein permits the Association to seek and obtain *in rem* relief against the Property. The Association shall not obtain *in personam* relief against the Debtor without further order of this Court.

4.The fourteen (14) day stay of this Order is waived so that the Association can pursue its *in rem* remedies without further delay.

5.The Association is awarded $450 in attorneys' fees and $176 in costs for the prosecution of the Motion and the award may be included in the attorney's fees awarded by a state court judge in a foreclosure judgment entered in favor of the Association with respect to the Property.

Attorney Karen S. Cox is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.